456

by rule 19, on consideration whereof, it is now here ordered that the appeal be and the same is docketed and dismissed, costs to be charged against the Government as constructive earnings.

Josephine Johnson MILTON and George S. TOWNE, Trustees of the William Stark Towne Trust, etc., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9806.

Circuit Court of Appeals, Ninth Circuit.

June 3, 1941.

Felix T. Smith, S. Neilson, and Douglas Erskine, all of San Francisco, Cal., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and S. Key, Sp. Asst. Atty. Gen., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

Josephine Johnson MILTON and George S. TOWNE, Trustees of the William Stark Towne Trust, etc., Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 9807.

Circuit Court of Appeals, Ninth Circuit.

June 3, 1941.

Felix T. Smith, S. Neilson, and Douglas Erskine, all of San Francisco, Cal., for petitioners.

Samuel O. Clark, Jr., Asst. Atty. Gen., and S. Key, Sp. Asst. Atty. Gen., for respondent.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing it is ordered that the petition to review herein be dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

MONTICELLO COTTON MILLS COMPANY et al., Petitioners, v. The ADMINISTRATOR OF THE WAGE AND HOUR DIVISION OF THE UNITED STATES DEPARTMENT OF LABOR.

No. 457.

Circuit Court of Appeals, Eighth Circuit.

May 28, 1941.

Adrian Williamson, of Monticello, Ark., for petitioner.

George A. McNulty and Irving J. Levy, both of Washington, D. C., George E. Duemler, of St. Louis, Mo., and Louis Sherman, of Washington, D. C., for respondent.

PER CURIAM.

Petition for review of order of Administrator dismissed, etc., on petition of petitioner.

O'Deane MUIR, as Guardian ad litem for O'Deane Muir, Jr., v. Annie KESSINGER, Administratrix of the Estate of Louis Wallner, Deceased.

No. 9736.

Circuit Court of Appeals, Ninth Circuit.

June 6, 1941.

Funkhouser & Twohy, of Spokane, Wash., for appellant.

Hamblen, Gilbert & Brooke, of Spokane, Wash., for appellee.